[No. 10397–8–III. Division Three. March 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD JOSEPH CHACON, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 89–1–00031–0, Ted Kolbaba, J., entered

October 12, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.